IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PIT VIPER, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ZHENGMINGHUI05 and THE INDIVIDUALS AND ENTITIES OPERATING ZHENGMINGHUI05, <br><br> Defendants. | Case No. 24-cv-01999 <br><br> **Judge Sunil R. Harjani** <br><br> **Magistrate Judge Maria Valdez** |

## STATUS REPORT

Pursuant to this Court's Order [15], Plaintiff Pit Viper, LLC ("Plaintiff") submits the following status report.

The online e-commerce platform DHgate.com has not yet provided the requested discovery documents and records pursuant to the Court's May 1, 2024 Order. [21]. Defendant will be served as soon as third-party platform DHgate.com provides the Defendant's contact information.

Dated this 9th day of May 2024.    Respectfully submitted,

/s/ Rachel S. Miller
Amy C. Ziegler
Justin R. Gaudio
Rachel S. Miller
Trevor C. Talhami
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rmiller@gbc.law
ttalhami@gbc.law

*Counsel for Plaintiff Pit Viper, LLC*